BEFORE THE THIRD DIVISION, MARCH 23, 1950

No. 54141.—Wing Chong Lung Co. and Yee Sing Co. *v.* United States, protests 953392–G and 953434–G (Los Angeles).

Opinion by CLINE, J. It was stipulated that a portion of the merchandise, namely, 2.2 percent thereof by weight, consists of broken rice of the same character and description as that involved in Abstract 48704. The claim of the plaintiffs as to said portion of the merchandise was therefore sustained.